# United States District Court
## District of Kansas

**UNITED STATES OF AMERICA,**
        Plaintiff,

vs.

Case No.   **15-** 40078-DDC

**PHILLIP SCOTT KRITES,**
        Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about the 22nd day of August, 2015, in the District of Kansas, the defendant,

**PHILLIP SCOTT KRITES**,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

> on September 25, 2002, defendant was convicted of aggravated robbery in violation of K.S.A. 21-3427, a felony offense, in Leavenworth County District Court Case No. 0209CR0697; and

on November 13, 2013, defendant was convicted of possession of methamphetamine, in violation of K.S.A. 21-5706(a)(1), a felony offense, in Riley County District Court Case No. 2013-CR-0005, did knowingly possess in and affecting commerce a firearm, to wit: a Remington Model 1911 .45 caliber semi-automatic pistol, bearing serial number RH50075A, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant,

**PHILLIP SCOTT KRITES**,

shall forfeit to the United States of America any firearm used in the commission of the offense in Count 1, including, but not limited to, the Remington Model 1911 .45 caliber semi-automatic pistol, bearing serial number RH50075A.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

September 23, 2015                    /s/Foreperson
DATE                                  FOREPERSON OF THE GRAND JURY


 ANTHONY W. MATTIVI, Ks.S.Ct.No. 17082
Assistant United States Attorney
for Barry R. Grissom, #10866
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS    66683
Phone: (785) 295-2850
Fax: (785) 295-2853
barry.grissom@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]

3